IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CRISTY LEE RIPPLE  
    **Plaintiff**

v.                              Case No. WDQ-11-3279

RAVI YALAMANCHILI, M.D., et al  
    **Defendant**

### ORDER OF JUDGMENT

The jury having returned a verdict on November 22, 2013 in favor of the Defendant, Ravi Yalamanchili, M.D. against the Plaintiff, Cristy Lee Ripple it is this _4th_ day of December, 2013,

**ORDERED,**

1. Judgment is entered in favor of Defendant, Ravi Yalamanchili, M.D. against Plaintiff, Cristy Lee Ripple, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

William D. Quarles, Jr.  
*United States District Judge*

Order of Judgment (in favor of Defendant) (Rev. 12/2000)